UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Antonio Martinez            Case No: 16-24066-LMI
         Mercedes M Martinez         Chapter 7
               Debtors
_____/

### *SECOND EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT

COME NOW the Debtors,  Antonio and Mercedes Martinez, by and through undersigned counsel and file this Second Motion to Enlarge the Time to File a Reaffirmation Agreement pursuant to Rules 4008(a) and 9006(b)(3) and as grounds therefore states the following:

1. On October 19, 2016 the Debtors filed this Chapter 7 bankruptcy case.
2. The initial §341 meeting of creditors was set for November 22, 2016.
3. The time to file a reaffirmation agreement was extended by Court Order [ECF#34] until March 16, 2017.
4. The Debtors have entered into a reaffirmation agreement with Creditor JP Morgan Chase to reaffirm their homestead property. However, the Creditor has informed the undersigned that the reaffirmation forms provided were outdated and need to be updated.
5. The instant Motion is made to protect the availability to reaffirm the above-mentioned debt between the debtors and the creditor.
6. The instant Motion is not being filed to delay any proceedings.
7. A discharge has not been entered at the time of filing the instant Motion.

**WHEREFORE**, undersigned respectfully requests that this Court enter an Order Granting the Motion to Enlarge time to File a Reaffirmation Agreement through to  April 17, 2017   so that said reaffirmation agreement may be filed timely if the Debtors so wish to reaffirm.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that this __16__ day of _March 2017_ a true and correct copy of the foregoing was sent via CM/ECF to Chapter 7 Trustee, Joel L Tabas, Esq, 14 NE 1 Ave PH Miami, FL 33132; and to all creditors on the service list via first class mail.

> Robert Sanchez, Esq.
> 355 West 49th St
> Hialeah, FL 33012
> Tel. (305)-687-8008
> By: _/s/ Robert Sanchez_
> Robert Sanchez, Esquire
> FBN#0442161