

## ORDERED in the Southern District of Florida on March 27, 2017.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Antonio Martinez                                    Case No: 16-24066-LMI
         Mercedes M Martinez                                 Chapter 7
               Debtors
_____/

### ORDER APPROVING SECOND *EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT

THIS CAUSE came before the Court upon Debtors' Second *Ex-Parte* Motion to Enlarge the Time to file a Reaffirmation Agreement. The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

**ORDERED** that the Motion is GRANTED. The time within which the Debtor may file reaffirmation agreements is extended through April 17, 2017 and the Clerk shall not issue a discharge before said date.

###

Copy furnished to:
Robert Sanchez, Esq.

*Attorney Sanchez shall serve a conformed copy of this order upon all parties in interest and file a certificate of service with the Clerk of Court.*